# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

**MELISSA ORIFICI**
v.
**GRAY TELEVISION GROUP, INC.**

Case Number:

**08 C 50 0 74**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Melissa Orifici

FILED

APR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| JOHN REARDEN, JR. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John Rearden, Jr. | |
| FIRM | |
| Oliver, Close, Worden, Winkler & Greenwald LLC | |
| STREET ADDRESS | |
| 124 North Water Street, Suite 300 | |
| CITY/STATE/ZIP | |
| Rockford, IL 61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06191721 | 815/968-7591 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [ ]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]