# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

**MELISSA ORIFICI**
v.
**GRAY TELEVISION GROUP, INC.**

Case Number: **08 C 50 0 74**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Melissa Orifici

FILED
APR 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) DEBRA A. DELIA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Debra A. Delia | |
| FIRM Oliver, Close, Worden, Winkler & Greenwald LLC | |
| STREET ADDRESS 124 North Water Street, Suite 300 | |
| CITY/STATE/ZIP Rockford, IL 61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6195886 | TELEPHONE NUMBER 815/968-7591 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |