UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MELISSA ORIFICI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 50 0 74 |
| v. | ) |
| | ) |
| GRAY TELEVISION GROUP, INC., | ) |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

FILED KAPALA

APR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## JURY DEMAND

Plaintiff MELISSA ORIFICI, by her attorneys, OLIVER, CLOSE, WORDEN, WINKLER & GREENWALD LLC, demands a trial by jury.

MELISSA ORIFICI, Plaintiff

By:  OLIVER, CLOSE, WORDEN,
     WINKLER & GREENWALD LLC

By: ___s/John Rearden, Jr.___
       One of her attorneys

John Rearden, Jr.
Oliver, Close, Worden, Winkler & Greenwald LLC
124 N. Water St., Suite 300
P.O. Box 4749
Rockford, IL, 61110-4749
815/968-7591