# United States District Court for the Northern District of Illinois

Case Number: __08-50074__    Assigned/IssuedBy: __pb__

**FILED**
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____      Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**  ☒ Summons              ☐ Alias Summons
                      ☐ Third Party Summons  ☐ Lis Pendens
                      ☐ Non Wage Garnishment Summons
                      ☐ Wage-Deduction Garnishment Summons
                      ☐ Citation to Discover Assets
                      ☐ Writ _____
                           (Type of Writ)

Original and __0__ copies on __4/29/08__ as to __Defendant__
                              (Date)

C:\wpwin80\docket\feeinfo.frm   01/01