AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MELISSA ORIFICI,

    Plaintiff

FILED
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER: 08 C 50074

V.

ASSIGNED JUDGE: KAPALA

GRAY TELEVISION GROUP, INC.,
a foreign corporation,

DESIGNATED
MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Gray Television Group, Inc.
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

```
000071-1.6.1 05/06/08 11:41
REF CASE    # 08  000074
  1 FOREIGN WRIT         50.00
  1 MILEAGE              10.00
REF SHERIFF # 055642
CASE TOTAL               60.00 *
         TOTAL           60.00 TL
CHECK I                  60.00
CASHIER: MARYANN
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Rearden, Jr.
Oliver, Close, Worden, Winkler & Greenwald LLC
124 North Water Street, Suite 300
Rockford, IL 61107

an answer to the complaint which is herewith served upon you, within ~~thirty (30)~~ **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_signature_
(By) DEPUTY CLERK

4/29/08
DATE



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                              *Signature of Server*

                                         _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TYPE LAW

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

SHERIFF'S NUMBER 055642-001D  CASE NUMBER 08C50074  DEPUTY: **STROM 3696-**

FILED DT 04-29-2008 RECEIVED DT 05-06-2008 DIE DT 05-20-2008 MULTIPLE SERVICE 1

DEFENDANT
GRAY TELEVISION GROUP INC
208 S LA SALLE ST
CHICAGO IL. 60604
STE 814

ATTORNEY
JOHN REARDEN JR
124 N WATER ST 300
ROCKFORD IL. 61107

PLAINTIFF MELISSA ORIFICI

SERVICE INFORMATION: C/O CT CORP SYSTEM UNITED STATES DIST COURT    RS

**FOREIGN**

****************************************************************************
(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
SAID PARTY REFUSED NAME _____

...X.3 SERVICE ON: CORPORATION X COMPANY ___ BUSINESS ___ PARTNERSHIP ___
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL _____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY 3696-

1 SEX M/F  RACE W  AGE 60
2 NAME OF DEFENDANT GRAY TELEVISION GROUP INC
  WRIT SERVED ON D. SCHULZ A.P.
  THIS 8 DAY OF MAY, 2008 TIME 11:00 A.M./P.M.

ADDITIONAL REMARKS _____

****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  OFC           ATTEMPTED SERVICES
NEIGHBORS NAME _____      DATE     TIME  A.M./P.M.
ADDRESS _____

REASON NOT SERVED:
___ 01 MOVED          ___ 07 EMPLOYER REFUSAL
___ 02 NO CONTACT     ___ 08 RETURNED BY ATTY
___ 03 EMPTY LOT      ___ 09 DECEASED
___ 04 NOT LISTED     ___ 10 BLDG DEMOLISHED
___ 05 WRONG ADDRESS  ___ 11 NO REGISTERED AGT.
___ 06 NO SUCH ADDRESS ___ 12 OTHER REASONS
                      ___ 13 OUT OF COUNTY

FEE  .00   MILEAGE  .00   TOTAL  .00                       SG10