UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MELISSA ORIFICI, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-CV-50074 |
| | ) | |
| GRAY TELEVISION GROUP, INC., | ) | |
| a foreign Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTIFICATION AS TO AFFILIATES

Defendant Gray Television Group, Inc. ("Gray") files this Notification as to Affiliates in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the District Court for the Northern District of Illinois.

The undersigned, counsel of record for Gray, certifies that the following is a full and complete list of all publicly held affiliates, or any entity owning more than five percent of Gray Television Group, Inc.:

    Gray Television, Inc.

This _28th_ day of May, 2008.

*(signature: Robert M. O'Connell)*

Robert M. O'Connell, Esq.
ARDC No. 2085569
Speranza & Bates
1401 N. Western Avenue
Lake Forest, Illinois 60045
Phone: 847-615-1090
Fax:　　847-615-1096

*Pro Hac Vice to be applied for*
Robert H. Buckler
Georgia Bar No. 92650
bobby.buckler@troutmansanders.com
Michael D. Kaufman
Georgia Bar No. 409195
mike.kaufman@troutmansanders.com
Lindsay S. Marks
Georgia Bar No. 636480
lindsay.marks@troutmansanders.com
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404)885-3000 (phone)
(404)962-6778 (facsimile)

Counsel for Defendant Gray Television Group, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MELISSA ORIFICI, | ) |
| | ) JURY TRIAL DEMANDED |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-CV-50074 |
| | ) |
| GRAY TELEVISION GROUP, INC., | ) |
| a foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **NOTIFICATION as to AFFILIATES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to John Rearden Jr., Debra Ann Delia, and Timothy A. Miller, and I am also mailing a copy of the document to counsel for Plaintiff, addressed as follows:

>John Rearden, Jr.
>OLIVER, CLOSE, WORDEN, WINKLER &
>GREENWALD LLC
>124 N. Water Street, Suite 300
>P.O. Box 4749
>Rockford, Illinois 61110-4749

1941398_1.DOC

Debra Ann Delia
OLIVER, CLOSE, WORDEN, WINKLER &
GREENWALD LLC
124 N. Water Street, Suite 300
P.O. Box 4749
Rockford, Illinois 61110-4749

Timothy A. Miller
OLIVER, CLOSE, WORDEN, WINKLER &
GREENWALD LLC
124 N. Water Street, Suite 300
P.O. Box 4749
Rockford, Illinois 61110-4749

This 28th day of May, 2008.

_____
Counsel for Defendant

1941398_1.DOC