UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MELISSA ORIFICI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-CV-50074 |
| | ) |
| GRAY TELEVISION GROUP, INC., | ) |
| a foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS
## AND TO COMPEL ARBITRATION

Defendant Gray Television Group, Inc. ("Gray"), pursuant to Fed.R.Civ.P. 12(b)(1), (3) and (6), hereby moves this Court for an Order dismissing Plaintiff's Complaint and compelling Plaintiff to submit her claims to binding arbitration in accordance with the Parties' agreed-upon arbitration clause. For all of the reasons set forth in Defendant's Brief in Support of Its Motion to Dismiss and to Compel Arbitration filed herewith, Gray's Motion is due to be granted.

Respectfully submitted this 23rd day of June, 2008.

/S/ Robert M. O'Connell
Robert M. O'Connell, Esq.
State Bar No. 2085569
Speranza & Bates
1401 N. Western Avenue
Lake Forest, Illinois 60045
Phone: 847-615-1090
Fax: 847-615-1096

*Pro Hac Vice to be applied for*
Robert H. Buckler
Georgia Bar No. 92650
bobby.buckler@troutmansanders.com
Michael D. Kaufman
Georgia Bar No. 409195
mike.kaufman@troutmansanders.com
Lindsay S. Marks
Georgia Bar No. 636480
lindsay.marks@troutmansanders.com

TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404)885-3000 (phone)
(404)962-6778 (facsimile)

Counsel for Defendant Gray Television Group, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MELISSA ORIFICI, | ) |
| | ) JURY TRIAL DEMANDED |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-CV-50074 |
| | ) |
| GRAY TELEVISION GROUP, INC., | ) |
| a foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Counsel for Plaintiff: John Rearden Jr., Debra Ann Delia, and Timothy A. Miller.

This 23rd day of June, 2008.

/s/ Robert M. O'Connell
Counsel for Defendant

Robert M. O'Connell
ARDC # 2085569
Speranza & Bates
1401 North Western Avenue
Lake Forest, Illinois 60045
847-615-1090 (Phone)
847-615-1096 (Fax)