UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MELISSA ORIFICI,  )<br>  )<br>         Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GRAY TELEVISION GROUP, INC.,  )<br>a foreign Corporation,  )<br>  )<br>         Defendant.  ) | JURY TRIAL DEMANDED<br><br>CASE NO. 3:08-CV-50074 |

## NOTICE OF MOTION

Please take notice of the filing, this 23rd day of June, 2008, by Defendant of its **Motion to Dismiss and Compel Arbitration** and **Defendant's Brief in Support of Its Motion to Dismiss and Compel Arbitration** in the above-captioned matter. Defendant, by its Counsel, will appear before the Honorable P. Michael Mahoney for consideration of these pleadings on Wednesday, June 25, 2008, at 1:30 P.M., or as soon thereafter as Defendant may be heard on its Motion.

/s/ Robert M. O'Connell
Counsel for Defendant

Robert M. O'Connell
ARDC No. 2085569
Speranza & Bates
1401 N. Western Avenue
Lake Forest, IL 60045
(847) 615-1090
(847) 615-1096 (Facsimile)

Attorneys for Defendant

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MELISSA ORIFICI, ) | |
| ) | JURY TRIAL DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-CV-50074 |
| ) | |
| GRAY TELEVISION GROUP, INC., ) | |
| a foreign Corporation, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Counsel for Plaintiff: John Rearden Jr., Debra Ann Delia, and Timothy A. Miller.

This 23rd day of June, 2008.

/s/ Robert M. O'Connell
Counsel for Defendant

Robert M. O'Connell
ARDC # 2085569
Speranza & Bates
1401 North Western Avenue
Lake Forest, Illinois 60045
847-615-1090 (Phone)
847-615-1096 (Fax)